IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VASHTI SHERROD,<br>920 Lake Front Drive<br>Mitchellville, MD 20721<br><br>and<br><br>EUGUENE SHERROD,<br>920 Lake Front Drive<br>Mitchellville, MD 20721<br><br>     Plaintiffs,<br><br>   v.<br><br>FOUR SEASONS HOTELS LIMITED<br>181 Bay Street, Suite 1000<br>Toronto M5J 2T3<br>Canada<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No._____ |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, the undersigned, counsel of record for Four Seasons Hotels Limited ("FSHL"), certify

that to the best of my knowledge and belief, the following are parent companies, subsidiaries or

affiliation of Four Seasons Hotels Limited which have any outstanding securities in the hands of

the public: Four Season Hotels (U.S.) Inc., a Delaware company, is a subsidiary of FSHL; and

FSHL is a second tier parent company of Four Seasons Washington Employment, Inc.

These representations are made in order that judges of this court may determine the need

for recusal.

Respectfully submitted,

By _Elisabeth_____
Karla Grossenbacher, Esq. #442544
Elisabeth Moriarty-Ambrozaitis, Esq. # 488848

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400 (ph)
(202) 828-5393 (fax)

kgrossenbacher@seyfarth.com
emoriarty@seyfarth.com

Attorneys for Defendant Four Seasons Hotels
Limited

Date:  April 30, 2007

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Disclosure of Corporate Affiliations and

Financial Interests, was served by first-class mail, postage prepaid, this 30th day of April, 2007,

upon:

Warren E. Gorman, Esq.
5530 Wisconsin Avenue, Ste. 1209
Chevy Chase, MD 20815

Elisabeth Moriarty-Ambrozaitis

DC1 30196247.1