# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF COLUMBIA*

**VASHTI SHERROD et al,**
        Plaintiff(s),

vs.                                                   Civil Case No.  07-0784 (JDB)

**FOUR SEASONS HOTELS LIMITED**
        Defendant(s).

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that the transfer documents in this case from the Superior Court of the District of Columbia have been filed in paper form in a the Clerk's Office.  They are available for public viewing and copying between the  hours of 9:00 a.m. and  4:00 p.m., Monday through Friday.

                                        **NANCY MAYER-WHITTINGTON**

                                        Clerk