IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VASHTI SHERROD, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| FOUR SEASONS HOTELS LIMITED ) | |
| ) | Civil Action No. 1:07-cv-00784-JDB |
| ) | |
| Defendant. ) | |
| ) | |

JOINT LOCAL RULE 16.3 REPORT

Pursuant to Local Rule 16.3(d), undersigned counsel conferred via telephone on May 24, 2007, and hereby submit their joint written report in the above-captioned case (hereinafter "Report"). The following constitutes the parties' positions with respect to each of the items set forth in Local Rule 16.3.

1. This action was originally filed in the Superior Court of the District of Columbia alleging claims of negligence and strict liability. Pursuant to 28 U.S.C. 1441 and 28 U.S.C. 1332, Defendant subsequently removed this matter to the United States District Court for the District of Columbia. Defendant denies all liability and refers to and incorporates its Answer and Affirmative Defenses filed on May 7, 2007.

2. No dispositive motions have been filed to date. The parties propose filing any dispositive motion 45 days following the close of all discovery.

3. At present, the parties are unaware of any other parties to be joined in this action. Any additional parties must be added within 120 days of the filing of this Report. Whether some

of the factual or legal issues can be agreed upon or narrowed will depend on the results of discovery.

4. The parties consent to the assignment of this case for the purpose of alternative dispute resolution only.

5. Plaintiff has made a settlement offer which defense counsel is reviewing with Defendant.

6. The parties request that a settlement conference with a U.S. Magistrate Judge be scheduled after the close of discovery.

7. The parties propose that the deadline for dispositive motions should be at least 45 days after the conclusion of discovery, with oppositions, cross-motions and replies due in accordance with the Rules of Civil Procedure and the Local Rules of this Court.  The parties will defer to the Court regarding when the Court will decide any dispositive motions that have been filed.

8. The parties have agreed to the submission of initial disclosures required by Fed. R. Civ. P. 26(a)(1) within 15 days of the filing of this Report.

9. The parties propose 25 interrogatories and 10 depositions per side.  The parties propose that all discovery including answers to interrogatories, document production, responses to requests for admissions and depositions be concluded by November 1, 2007.  The parties have not agreed to waive the one day/seven hour per deposition requirement of Fed. R. Civ. P. 30(d).

10. Expert discovery, if any, shall proceed along the schedule set forth in the Federal Rules of Civil Procedure.

11. At this time, the parties do not believe that either trial or discovery should be bifurcated or managed in phases.

12. The parties propose that the pretrial conference be scheduled after the Court has ruled on all dispositive motions.

13. Plaintiff believes a trial date should be set at the Initial Scheduling Conference. Defendant believes a trial date should be set at the pretrial conference.

14. At this time, there are no other matters appropriate for inclusion in a scheduling order.

Respectfully submitted,

By: /s/ Warren E. Gorman_____
Warren E. Gorman, Esq. # 172213
5530 Wisconsin Avenue
Suite 1209
Chevy Chase, MD 20815
(301) 654-5757
(301) 654-2245 (fax)
wegorman@aol.com

By: /s/ Karla Grossenbacher_____
Karla Grossenbacher, Esq. #442544
Elisabeth Moriarty-Ambrozaitis, Esq. # 488848

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400 (ph)
(202) 828-5393 (fax)

kgrossenbacher@seyfarth.com
emoriarty@seyfarth.com

Attorneys for Defendant Four Seasons Hotels Limited

Date: June 6, 2007

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VASHTI SHERROD, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FOUR SEASONS HOTELS LIMITED )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-cv-00784-JDB |

PROPOSED SCHEDULING ORDER

Upon consideration of the Joint Local Rule 16.3 Report, the Court hereby adopts the following schedule for this proceeding. The dates set forth herein will not be changed absent good cause shown.

| | |
|---|---|
| Initial Disclosures | Within 15 days from date of filing report |
| Amendment of Pleadings | Within 120 days from date of filing report |
| Close of Fact Discovery | November 1, 2007 |
| Dispositive Motions | 45 days after close of discovery |
| Pretrial Conference | _____ |
| Trial | _____ |

SO ORDERED.

_____          _____
Date                                John D. Bates
                                    United States District Court Judge

Copies to:

Warren Gorman, Esq.
wegorman@aol.com

Karla Grossenbacher, Esq.
kgrossenbacher@seyfarth.com

Elisabeth Moriarty-Ambrozaitis, Esq.
emoriarty@seyfarth.com