UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VASHTI SHERROD, et al.,**<br><br>    **Plaintiffs,**<br><br>        **v.**<br><br>**FOUR SEASONS HOTELS LTD.,**<br><br>    **Defendant.** | **Civil Action No.  07-0784 (JDB)** |

## SCHEDULING ORDER

Pursuant to the initial scheduling conference held on this date, and the Joint Rule 16.3

Report submitted by the parties, it is, this 11th day of June, 2007, hereby **ORDERED** as follows:

1.      The parties shall complete the initial disclosures required by Rule 26(a)(1) of the

Federal Rules of Civil Procedure by not later than June 26, 2007.

2.      The parties shall have until October 9, 2007, to amend the pleadings and join

additional parties without further leave of the Court.

3.      The parties shall complete all discovery by not later than November 1, 2007.  The

parties shall comply with the limitations and requirements of the Federal Rules of

Civil Procedure and the Local Civil Rules of this Court.

4.      Dispositive motions shall be filed by not later than December 17, 2007.

5.     The parties shall appear for a status conference on October 29, 2007, at 9:00 a.m.

in Courtroom Eight.


**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge
