IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VASHTI SHERROD, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| FOUR SEASONS HOTELS LIMITED ) | |
| ) | Civil Action No. 1:07-cv-00784-JDB |
| ) | |
| Defendant. ) | |

STIPULATION REGARDING SUBSTITUTION OF PARTIES

The undersigned parties hereby stipulate that DTRS Washington LLC is, and was at all relevant times, the owner of Four Seasons Hotel Washington and is the proper corporate defendant in the above-captioned case. Therefore, the parties agree that DTRS Washington LLC shall be substituted for Four Seasons Hotels Limited as the sole defendant in the above-captioned case.

| | |
|---|---|
| VASHTI SHERROD and<br>EUGENE SHERROD | FOUR SEASONS HOTEL LIMITED and<br>DTRS WASHINGTON LLC |
| /s/ Warren E. Gorman<br>Warren E. Gorman, Esq. (# 1772213)<br>5530 Wisconsin Ave., Ste. 1209<br>Chevy Chase, MD 20815<br>(301) 654-5757<br>wegorman@aol.com<br>Attorney for Plaintiffs<br><br>Date: October 8, 2007 | /s/ Karla Grossenbacher<br>Karla Grossenbacher, Esq. #442544<br>Elisabeth Moriarty-Ambrozaitis, Esq. #488848<br><br>SEYFARTH SHAW LLP<br>815 Connecticut Avenue, N.W., Suite 500<br>Washington, DC 20006-4004<br>(202) 463-2400 (ph)<br>(202) 828-5393 (fax)<br>kgrossenbacher@seyfarth.com<br>emoriarty@seyfarth.com<br>Attorneys for Defendant<br><br>Date: October 8, 2007 |

<u>ORDER</u>

The Clerk is directed to amend the caption in this case to reflect the substitution of DTRS Washington LLC as the sole defendant in this case.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE