# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**VASHTI SHERROD, et al.,**

    **Plaintiffs,**

      **v.**                             **Civil Action No.  07-0784 (JDB)**

**DTRS WASHINGTON LLC,**

    **Defendant.**

## ORDER

Upon consideration of [9] defendant's motion to compel discovery, the representations of counsel during the telephone conference held this 17th day of October, 2007, and the entire record herein, it is hereby

**ORDERED** that defendant's motion is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that plaintiffs shall amend their Initial Disclosures and Interrogatory Responses, as necessary, to provide a complete listing, with contact information, of all individuals with discoverable information; it is further

**ORDERED** that plaintiffs shall amend their Initial Disclosures and Interrogatory Responses to provide a computation and breakdown of damages sought according to all applicable categories, such as medical expenses, lost wages, and pain and suffering; it is further

**ORDERED** that plaintiffs shall provide contact information for all healthcare providers that plaintiffs consulted regarding the injuries alleged in the complaint and regarding any similar

1

pre-existing injuries, and shall produce all corresponding medical records relating to the alleged injuries and any similar pre-existing injuries; it is further

**ORDERED** that plaintiffs shall promptly provide full and complete responses to defendant's Interrogatory No. 6 and to defendant's Request for Production of Documents No. 8 regarding plaintiffs' expert witness, Dr. David Johnson; it is further

**ORDERED** that plaintiffs shall provide identifying information for all lawsuits, complaints, charges, grievances, demands, and petitions asserted by plaintiffs, to include court name, case number, approximate date, and disposition, if so requested in defendant's current or amended interrogatories; it is further

**ORDERED** that defendant's request to compel plaintiff Eugene Sherrod to accept service of the subpoena for Maid for a Day is **DENIED**, and defendant is directed to seek the requested Maid for a Day records from the individual identified by plaintiffs; it is further

**ORDERED** that discovery shall be completed by not later than December 17, 2007; it is further

**ORDERED** that the parties shall meet and develop a plan to complete all discovery in a timely fashion based upon the new discovery deadline and these rulings; and it is further

**ORDERED** that the parties and their counsel shall be prepared to address the discovery schedule and any remaining discovery issues at the status conference set for October 29, 2007, at 9:00 a.m.

**SO ORDERED**.

                                        /s/ John D. Bates
                                        JOHN D. BATES
                                        United States District Judge

Dated: October 17, 2007

2