UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VASHTI SHERROD, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DTRS WASHINGTON LLC,**<br><br>**Defendant.** | Civil Action No.  07-0784 (JDB) |

## ORDER

Pursuant to the status conference held on this date, and upon consideration of the agreement of the parties, and the entire record herein, it is this 29th day of October, 2007, hereby

**ORDERED** that plaintiffs shall be deposed prior to the deposition of defendant's corporate designee; it is further

**ORDERED** that the dispositive motions schedule is modified, and dispositive motions shall be filed by not later than February 19, 2008; and it is further

**ORDERED** that this matter shall be referred to Magistrate Judge Alan Kay for the sole purpose of the facilitation of settlement discussions for a period to begin on December 17, 2007, and to conclude by not later than February 19, 2008.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge