UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VASHTI SHERROD ET AL. | : |
| | : |
| v. | : |
| | : Civil Action No.: 07-784 |
| FOUR SEASONS HOTEL LIMITED | : |
| | : |

**PLAINTIFF'S AMENDED RULE 26 (a)(1) INITIAL DISCLOSURES**

The plaintiff through counsel submits the following Amended Initial Disclosures as to persons with knowledge, and as to computation of damages.

I.  PERSONS WITH KNOWLEDGE:

1. Vashti Sherrod 120 Lake Front Drive Mitchelville, MD 20721.  (Plaintiff)

2. Eugene Sherrod 120 Lake Front Drive Mitchelville, MD 20721.  (Plaintiff)

3. Dawton Demille 8223 Stacy Road Alexandria, VA, telephone number (571)272-3522.  (Eyewitness, likely to have knowledge of incident subject of suit.)

4. Ginger Demille 8223 Stacy Road Alexandria, VA, telephone number (571)272-3522.  (Eyewitness, likely to have knowledge of incident subject of suit.)

5. Sebastian Carre, Four Seasons Hotel 2800 Pennsylvania NW, Washington, DC 20007, telephone number (202)342-0444. (Defendant's disclosure statement indicates he may have knowledge of events surrounding the alleged incident and that he may be contacted through defense counsel.)

6. Custodian of Records, Physical Therapy and Sports Assessment Center, 8300 Colesville Road, Suite 200, Silver Spring MD 20910, telephone number (301)588-7778. Plaintiff received treatment there.  (Knowledge of plaintiff Vashti Sherrod's medical treatment for injuries.)

7. Custodian of Records, George Washington University Hospital, 900 23rd Street, N.W. Washington, D.C. 20007. (Records of plaintiffs' treatment for injuries sustained.)

8. Custodian of Records, Foxhall- MRI, Progressive Radiology, 3301 New Mexico Avenue, N.W., Washington, D.C. 20016 (202-966-0606). (Records of plaintiff Vashti Sherrod's treatment.)

9. Custodian of Records, Washington Hospital Center, 110 Irving Street, N.W., Washington, D.C. (Records of plaintiff Eugene Sherrod's treatment.)

10. Custodian of Records, Center for Ambulatory Surgery, 1145 19th Street, N.W., Suite 850, Washington, D.C. 20036. (Records of plaintiff Eugene Sherrod's treatment.)

11. Custodian of Records, Allied Physical Therapy, 1201 Franklin Street, N.W., Washington, D.C. 20017 (202-369-1431). (Records of plaintiff Eugene Sherrod's treatment.)

12. David Johnson, M.D., 106 Irving Street, N.W., Washington, D.C. 20010 (202-291-9266). (Records of plaintiff Vashti Sherrod's medical treatment.)

13. Thomas Hill, P.O. Box 1634 York, South Carolina, 29745. (Eyewitness to incident.)

14. Lee Ann Rhodes, M.D., Center for Ambulatory Surgery, Inc., 1145 19th Street, N.W., Washington, D.C. 20036 (202-223-9040). (Knowledge of Eugene Sherrod's injuries.)

15. Dell Roberts, 2135 Suitland Terrace, S.E., # 204, Washington, D.C. 20020 (202-543-0087). ( Employment records of Vashti Sherrod.)

is list.

(A) COMPUTATION OF DAMAGES CLAIMED BY VASHTI SHERROD:

| | |
|---|---|
| Physical Therapy and Sports Center | $2,730.00 |
| George Washington University Hospital | $470.00 |
| Progressive Radiology | $1,280.00 |

       David Johnson, M.D.       $708.00

       Lost Wages 5/14/06-9/30/06       $24,086.53

(Reduction in earning from $83,500.00 for 2005 to $59,413.17 for 2006).

Plaintiff seeks these special damages. The balance of the claim is for pain and emotional distress, past and future.

    (B)    COMPUTATION OF DAMAGES CLAIMED BY EUGENE SHERROD

       George Washington University Hospital       $252.78

       Center for Ambulatory Services       $127.58

       Washington Hospital Center       $1,817.70

       Allied Physical Therapy       $935.00

       Lost Wages 5/14/06-10/2/06       $29,231.00

(Reduction in earning from $80,000.00 for 2005 to $50,769.21 for 2006.)

Plaintiff seeks these special damages. The balance of the claim is for pain and emotional distress, past and future.

       /s/Warren E. Gorman
       WARREN E. GORMAN
       5530 Wisconsin Avenue, Suite 1209
       Chevy Chase, MD 20815
       (301)654-5757
       *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTFIY, that on the  13th day of November , 2007, true and exact copies of the foregoing Amended Initial Disclosure was mailed, first class mail, postage prepaid to:  Karla Grossenbacher, Esq., and Elisabeth Moriarty-Ambrozaitis, Esq., Seyfarth Shaw LLP 815 Connecticut Avenue, N.W, Suite 500, Washington, D.C. 20006-4004.

      /s/Warren E. Gorman
    WARREN E. GORMAN