UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VASHTI SHERROD, et al.,

    Plaintiffs,

        v.                                      Civil Action No.  07-0784 (JDB)

DTRS WASHINGTON LLC,

    Defendant.

## ORDER

Upon consideration of the representations of counsel during the teleconference held with the Court on November 26, 2007, and the entire record herein, it is hereby

**ORDERED** that counsel for the parties shall, by not later than November 29, 2007, meet and confer regarding all outstanding discovery issues; it is further

**ORDERED** that by not later than December 11, 2007, plaintiffs shall provide medical authorizations for all healthcare providers that plaintiffs consulted regarding the injuries alleged in the complaint and regarding any similar pre-existing injuries; it is further

**ORDERED** that by not later than December 11, 2007, plaintiffs shall provide all disclosures required under Fed. R. Civ. P. 26(a)(2) regarding their expert witness, Dr. David Johnson; it is further

**ORDERED** that by not later than December 11, 2007, plaintiffs shall supplement their previous interrogatory responses to provide identifying information for <u>all</u> personal injury claims asserted by plaintiffs, to include court name, case number, approximate date, and disposition; it is

further

**ORDERED** that defendant may file a motion, limited to ten pages, to compel action regarding service of the subpoena for records of Maid for a Day, and any opposition thereto shall similarly be limited to ten pages; it is further

**ORDERED** that the Court's previous ruling that plaintiffs shall be deposed prior to the deposition of defendant's corporate designee remains in effect; it is further

**ORDERED** that discovery shall be completed by not later than February 15, 2008; and it is further

**ORDERED** that the parties shall be prepared to address any remaining discovery issues during a teleconference set for December 12, 2007, at 5:00 p.m.  If there are no outstanding discovery issues and a teleconference is not warranted at that time, the parties shall make a joint call to chambers to so indicate by noon on December 12, 2007.

**SO ORDERED**.

        /s/ John D. Bates  
        JOHN D. BATES  
        United States District Judge

Dated: November 27, 2007