IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VASHTI SHERROD, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DTRS WASHINGTON LLC, ) | |
| ) | Civil Action No. 1:07-cv-00784-JDB |
| ) | |
| Defendant. ) | |

STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned parties hereby stipulate that the above-captioned case shall be dismissed in its entirety with prejudice.

| VASHTI SHERROD and | DTRS WASHINGTON LLC |
|---|---|
| EUGENE SHERROD | |
| | /s/ Karla Grossenbacher |
| /s/ Warren E. Gorman | Karla Grossenbacher, Esq. #442544 |
| Warren E. Gorman, Esq. (# 1772213) | Elisabeth Moriarty-Ambrozaitis, Esq. #488848 |
| 5530 Wisconsin Ave., Ste. 1209 | |
| Chevy Chase, MD 20815 | SEYFARTH SHAW LLP |
| (301) 654-5757 | 815 Connecticut Avenue, N.W., Suite 500 |
| wegorman@aol.com | Washington, DC 20006-4004 |
| Attorney for Plaintiffs | (202) 463-2400 (ph) |
| | (202) 828-5393 (fax) |
| Date: December 31, 2007 | kgrossenbacher@seyfarth.com |
| | emoriarty@seyfarth.com |
| | Attorneys for Defendant |
| | Date:  December 31, 2007 |